## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 39 EM 2019

Respondent    :

v.    :

JOHN BROCK,    :

Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.